**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:             October 21, 2013

Deputy Clerk:     Kathleen Finney
Court Reporter:   Tracy Weir
Interpreter:      Phuong Ha

**Criminal Action No.  13-cr-00181-REB**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Guy Till

    Plaintiff,

v.

4.  DIEN THANH NGO,                     Donald Lozow
    a/k/a TJ,

    Defendant.

**CHANGE OF PLEA MINUTES**

**11:05 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is 26 years old, alert, competent, literate, and sober.

The court reads Count Six of the First Superseding Indictment to the defendant. Defendant waives formal reading of the remainder of the First Superseding Indictment.

Defendant confirms the court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing plea of not guilty to the offense made the subject of the plea agreement.

Defendant waives re-arraignment on Count Six of the First Superseding Indictment.

Defendant enters plea of guilty to Count Six of the First Superseding Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

   **IT IS ORDERED** as follows**:**

   1.   That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

   2.   That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

   3.   That the plea of guilty to Count Six of the First Superseding Indictment entered by the defendant is received, accepted and approved;

   4.   That defendant is found guilty of the crime charged in Count Six of the First Superseding Indictment;

   5.   That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

   6.   That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the

       defendant shall cooperate fully with the probation department during the presentence investigation;

7. That the matter is continued to **February 27, 2014, at 9:00 a. m.**, for sentencing, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

8. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot;

9. That any Trial Preparation Conference and trial is vacated (as to the defendant); and

10. That defendant is remanded to the custody of the United States Marshal which is continued to the sentencing hearing.

**12:10 p.m.   Court in recess.**

Total time in court:   01:05

Hearing concluded.